UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA LAVERY-PETRASH,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA NEVADA MEMORIAL HOSPITAL, JAMES (JIM) HEARD, DAVID WITTHAUS, ARTHUR DEWSON, ANNALISE O'CONNOR, and DOES 1-50, inclusive,<br><br>Defendants. | No.  2:11-cv-1520 GEB DAD PS<br><br><br><br>ORDER |

This matter came before the court on August 9, 2013, for hearing of defendants' motion to dismiss. Michael Pott, Esq. appeared on behalf of the defendants. Plaintiff Nora Lavery-Petrash appeared on her own behalf.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendants' June 28, 2013 motion to dismiss is taken under submission;

2. The dates set by the scheduling order previously issued in this action are hereby vacated; and

/////

/////

1

3. After defendants' motion to dismiss has been ruled on, the undersigned will set this matter for a Status (Pretrial Scheduling) Conference if necessary.

Dated: August 21, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\petrash1520.oah.080913