UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA LAVERY-PETRASH, | No. 2:11-cv-1520 GEB DAD PS |
| Plaintiff, | |
| v. | ORDER |
| SIERRA NEVADA MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 29, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objection to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 29, 2014 (Dkt. No. 73) are adopted in full;

2. Defendants' June 28, 2013 Motion to Dismiss (Dkt. No. 65) is denied as to the fourth amended complaint's claims of age-based discrimination and retaliation against defendant Dignity Health;

3. Defendants' June 28, 2013 Motion to Dismiss (Dkt. No. 65) is granted as to the fourth amended complaint's hostile work environment harassment and negligence claims against all defendants and as to the claims of age-based discrimination and retaliation against the individual defendants;

4. The individual defendants are dismissed from this action;

5. Plaintiff is not granted further leave to amend; and

6. Defendant Dignity Health shall file an answer to the surviving claims alleged in the fourth amended complaint within 21 days of the date of this order.

Dated: March 17, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

/petrash1520.jo.docx