UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA LAVERY-PETRASH,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA NEVADA MEMORIAL HOSPITAL, JAMES (JIM) HEARD, DAVID WITTHAUS, ARTHUR DEWSON, ANNALISE O'CONNOR, and DOES 1-50, inclusive,<br><br>Defendants. | No.  2:11-cv-1520 GEB DAD PS<br><br><br><br>ORDER |

This matter came before the court on March 20, 2015, for hearing of defendant's motion to strike and defendant's motion for summary judgment. David Burkett appeared on behalf of the defendant and plaintiff Nora Lavery-Petrash appeared on her own behalf.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to strike (Dkt. No. 86) is denied without prejudice to renewal at a later date if appropriate;

2. Plaintiff shall provide defendant with an expert witness report within fourteen days of the date of this order; and

/////

1

1      3. Defendant's motion for summary judgment is taken under submission.[1]

Dated: March 23, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\petrash1520.oah.032015

---

[1] At the March 20, 2015 hearing, plaintiff inquired about the process for requesting permission to e-file. Plaintiff can find information about e-filing and a sample motion at the following website: http://www.cand.uscourts.gov/ECF/proseregistration