1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA LAVERY-PETRASH, | No.  2:11-cv-1520 GEB DAD PS |
| Plaintiff, | |
| v. | ORDER |
| SIERRA NEVADA MEMORIAL HOSPITAL, JAMES (JIM) HEARD, DAVID WITTHAUS, ARTHUR DEWSON, ANNALISE O'CONNOR, and DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff, Nora Lavery-Petrash, is proceeding pro se in the above entitled action.  The action has therefore been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule.

On March 30, 2015, plaintiff filed a motion for permission to file in this court electronically pursuant to Local Rule 133(b)(2).  (Dkt. No. 94.)  Plaintiff's motion states that she has reviewed the requirements to file electronically, has the necessary computer hardware and software and will comply with all requirements for electronic filing in this court.

/////

/////

/////

1

Plaintiff's motion to file electronically (Dkt. No. 94) is granted and plaintiff shall register to file electronically in this court forthwith.

IT IS SO ORDERED.

Dated:  April 7, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\petrash1520.mot.efile.ord.docx