UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA LAVERY-PETRASH,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA NEVADA MEMORIAL HOSPITAL, JAMES (JIM) HEARD, DAVID WITTHAUS, ARTHUR DEWSON, ANNALISE O'CONNOR, and DOES 1-50, inclusive,<br><br>Defendants. | No. 2:11-cv-1520 GEB DAD PS<br><br>ORDER |

This matter came before the court on May 22, 2015, for hearing of defendant's renewed motion to strike plaintiff's expert witness. Attorney Douglas Ropel appeared on behalf of the defendant and plaintiff Nora Lavery-Petrash appeared on her own behalf.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that defendant's April 22, 2015 renewed motion to strike (Dkt. No. 97) is denied without prejudice to renewal if appropriate following the filing of the assigned District Judge's order addressing defendant's submitted motion for summary judgment. In this regard, as the undersigned advised the parties at the hearing, in the event this matter remains scheduled for pretrial conference following disposition of the pending motion for summary judgment, the undersigned intends to schedule a telephonic

status conference to address any outstanding matters, including possible resolution of any remaining dispute regarding the report of plaintiff's expert or the deposition of that expert.

Dated:  May 22, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\petrash1520.oah.052215